HAROLD L. STEVENS, Appellant, *v.* VILLAGE OF ENDICOTT, Respondent.

Submitted November 30, 1942; decided December 10, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 655.)

In the Matter of the Accounting of GIOVANNI DEL DRAGO et al., as Executors of JOSEPHINE DEL DRAGO, Deceased.

GIOVANNI DEL DRAGO, Individually et al., Appellants; BYRON CLARK, JR., as Executor et al., Respondents.

Submitted November 30, 1942; decided December 10, 1942.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 601.)

In the Matter of the Estate of JOHN T. SMITH, Deceased.

WILLIAM H. BISHOP et al., Appellants; CECELIA A. BISHOP et al., Respondents.

Submitted November 30, 1942; decided December 10, 1942.

Motion for reargument of motions to dismiss appeal or for leave to appeal denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 679.)